# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:09-cr-146 |
| JAMIE BRIAN CARVER, | |
| Defendant. | |

## O R D E R

On February 19, 2010, Defendant Jamie Brian Carver, represented by Attorney Tina M. Hesse, appeared before the Honorable William T. Moore, Jr., and was sentenced to 63 months imprisonment to be followed by 10 years of supervised release for committing the offense of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). The Court also imposed special conditions of supervised release wherein Defendant was to comply with substance abuse and alcohol testing, and if deemed necessary, participate in a substance abuse and/or alcohol treatment program; participate in and comply with the rules, requirements, and conditions of a mental health treatment program, including sex offender treatment and random polygraph examinations, with the cost of treatment to be paid by the offender based on ability to pay; provide financial disclosure to the United States Probation Officer (USPO); prohibited from possessing, accessing, subscribing to, or viewing any videos, magazines, literature, photographs, images, drawings, video games, or Internet web sites depicting children or adults in the nude and/or engaged in sexual activity; prohibited from having contact with anyone under the age of 18, unless accompanied by a responsible adult who was aware of the Defendant's supervision status; comply with a search condition; and prohibited from possessing or using a computer with Internet access

at any location without prior approval from the USPO. On August 2, 2011, the Court modified the Defendant's sentence to require him to comply with conditions of a sex offender compliance contract under the guidance and supervision of the USPO.

On February 15, 2013, the Court issued a warrant for Defendant's arrest after a Petition, (doc. 47), was filed by the United States Probation Office alleging he violated standard and special conditions of his supervised release by failing to follow instructions from his USPO, by consuming alcohol in an excessive manner, by communicating with convicted sex offenders and felons, by viewing pornographic materials in addition to purchasing pornographic magazines and DVDs, by accessing the Internet on three separate occasions, one of which included to view pornography. Finally, Defendant violated the conditions of his sex offender contract which included prohibitions from accessing the Internet, viewing, or possessing pornographic materials, and from communicating or associating with known sex offenders. On January 11, 2013, a Samsung cellular phone, number 56H-A157, was seized from Defendant in connection with the alleged violations of his supervised release conditions.

On May 17, 2024, judicial jurisdiction was reassigned to the undersigned. The United States Probation Office submitted a memorandum dated June 3, 2024, and requested the destruction of the seized Samsung cellular phone, number 56H-A157, contending that it is not in the best interest of Defendant or the community to return the seized property.

Thus, after careful consideration and for good cause shown, the Court **APPROVES** the request from the United States Probation Office and **ORDERS** that the seized property, one (1) Samsung cellular phone, number 56H-A157, as it relates to the described supervised release violations, be destroyed.

**SO ORDERED**, this 18th day of July, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA